## 16764.   NEWBERRY *v.* THE STATE.

BROYLES, C. J. 1. The amendment to the motion for a new trial contained but one ground, to wit, that the court erred in refusing the defendant's motion to direct a verdict in his favor. Under repeated rulings of the Supreme Court and of this court the refusal to direct a verdict is never error.

2. The evidence authorized the verdict, and the overruling of the motion for a new trial was not error.

      *Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 12, 1925.

Conviction of carrying pistol; from Terrell ·superior court—Judge Yeomans.  August 1, 1925.

*R. R. Marlin, J. H. Fletcher,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold, E. C. Hill,* contra.